Arogant Hollywood
1308 East Colorado Blvd.
Pasadena, CA 91106
Mobile: (323) 422-5318

Email: causeofaction43@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE STATE OF OHIO
### SOUTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| AROGANT HOLLYWOOD, | Case No. 2:22 CV 0102 |
| Plaintiff, | |
| vs. | **VERIFIED CIVIL RIGHTS COMPLAINT** |
| | Judge Morrison |
| todd a. penegor, gunther plosch, wendy's international, inc., wendy's holdings, llc, the wendy's company, wendy's international, llc, wendy's restaurants, llc, & DOES 1-10 | MAGISTRATE JUDGE VASCURA |
| Defendant(s), | |

---

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986

–Page 1 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

**VERIFIED COMPLAINT FOR GENERAL DAMAGES, COMPENSATORY DAMAGES, & SPECIAL DAMAGES for: VIOLATION OF TITLE II OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. §§ 1983, 1985, & 1986; VIOLATION OF TITLE III OF THE AMERICAN DISABILITIES ACT OF 1990 [42 U.S.C. §§ 12101, & 12203(b)] (retaliation, intimidation, threats, and interference of civil rights).**

This lawsuit is brought due to the horrible choices of all Defendants condoned racial and disability discrimination of Plaintiff Arogant Hollywood.

All private citizen non-governmental Defendants violated state laws by their negligence, negligence per se, negligence, intentional infliction of emotional distress, intentional infliction of emotional distress, civil conspiracy, and gross negligence.

Defendants intentionally discriminated against Plaintiff Arogant Hollywood despite having prior knowledge that Plaintiff was a severely disabled and handicapped man.

Plaintiff Arogant Hollywood is a member of disabled persons protected under the federal laws of Title III of the American Disabilities Act of 1990.

Defendants were negligent and grossly negligent by violating Plaintiff's civil rights by being responsible for the planned attempted false arrest, actual trespass, and conspired malicious prosecution of Arogant Hollywood because Plaintiff was just being black and disabled in a California Wendy's location.

Defendants were negligent and grossly negligent by violating Plaintiff Arogant Hollywood's constitutional civil rights protected under Title III of the American Disabilities Act of 1990.

Defendants were grossly negligent by violating Plaintiff Arogant Hollywood's constitutional civil right protected under Title II of the Civil Rights Act of 1964.

Defendants were negligent and grossly negligent by violating Plaintiff Arogant Hollywood's constitutional civil rights protected under the United States constitution.

All Defendants and Does 1-10 actions were done deliberately and intentionally with complete disregard of the welfare and civil rights of Plaintiff, and therefore, Plaintiff Arogant Hollywood is entitled to punitive damages against all Defendants.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986

–Page 2 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

Plaintiff Arogant Hollywood seeks a declaration that Defendants and Does 1-10 violated Plaintiff's clearly established constitutional rights as set forth in this civil rights complaint; a declaration that Defendants' restriction on Plaintiff's speech violates the United States Constitution, violated 42 U.S.C. §§ 1983, 1985, 1986, and nominal damages for the loss of Plaintiff Arogant Hollywood's constitutional rights.

Plaintiff Arogant Hollywood also seek an award of reasonable costs of litigation, including attorneys' fees and expenses, pursuant to 42 U.S.C. § 1988 and other applicable law.

Plaintiff Arogant Hollywood will seek general damages, compensatory damages, special damages, and punitive damages against all the above stated Defendants.

# I.   INTRODUCTION

1.    No man in this country is so high that he is above the law. No officer of the law may set that law at defiance of impunity. All of the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it. ***United States v. Lee,* 106 U.S. 196 (1882).**

2.    Plaintiff Arogant Hollywood was victimized by Defendants and Does 1 10 who all combined to interfere with Plaintiff's constitutional Amendment rights.

3.    All Defendants intentionally discriminated against Plaintiff Arogant Hollywood. Defendants used threats of violence to emotionally, mentally, psychologically, and physically harm Plaintiff Arogant Hollywood.

4.    Plaintiff Arogant Hollywood will be forever psychologically, mentally, and emotionally damaged by the wrongful conduct and actions of Defendants.

**Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986**
–Page 3 of 68              *AROGANT HOLLYWOOD, todd a. penegor, et al*

5.     This is a civil rights action brought by Plaintiff Arogant Hollywood, a forty-three-year-old African American male who is emotionally, psychologically, physically, and mentally disabled.

6.     This is a civil rights action brought by Plaintiff Arogant Hollywood pursuant to 42 U.S.C. §§§§§ 1981, 1983, 1985, 1986, & 1988, and the Amendments of the United States Constitution for compensatory damages, general damages, special damages, punitive damages, injunctive relief, declaratory relief, and attorney's fees to vindicate profound deprivations of Plaintiff Arogant Hollywood's constitutional civil rights including but not limited to negligence, negligent supervision, gross negligence, civil conspiracy, intentional infliction of emotional distress, negligent per se, and negligent intentional infliction of emotional distress.

7.     This is a civil rights action brought by Plaintiff Arogant Hollywood, a forty-three-year-old African-American disabled male pursuant to 42 U.S.C. §§§ 12101, and 12203(b),-and the 1st Amendment of the United States Constitution for compensatory damages, punitive damages, injunctive relief, declaratory relief, and attorney's fees to vindicate profound deprivations of Plaintiff Arogant Hollywood's constitutional civil rights including but not limited to negligence, negligent per se, gross negligence, civil conspiracy, intentional infliction of emotional distress, and negligent intentional infliction of emotional distress.

8.     All Defendant's actions were deliberate, intentional, and done with evil intentions and complete disregard for Plaintiff Arogant Hollywood's constitutional civil rights. Plaintiff Arogant Hollywood has suffered emotionally, physically, and mentally due to the disability discrimination, harassment, threats of violence, and other mistreatment by all Defendants. Defendants have a documented history of violating the ADA and Civil Rights of United States citizens see *Johnson v. Wendy's Restaurant Corporation* et al, **[1:19-cv-08157]**, *Martin Vogel v. Wendy's International Inc.*, et al, **[2:13-cv-03336]**, *Martin Vogel v. Wendy's International Inc.*, et al, **[2:15-cv-01444]**, *Martin Vogel v. Wendy's International, LLC*, **[5:15-cv-00365]**, *Sandi*

*Rush v. Wendy's International Inc.*, et al, **[2:11-cv-05325]**, *Chris Kohler v. Wendy's International Inc. et al*, **[2:12-cv-05061]**, *Joseph Sanchez v. Wendy's No. 7421 et al* **[8:19-cv-00111]**, *Nehemiah Kong v. Wendy's International, LLC*, *et al*, **[2:20-cv-07974]**, *Jackson v. Wendy's Intl Inc.*, **[2:01-cv-74441]**, *Carlock v. Wendys, et al* **[3:03-cv-01540]**, *Ajuluchuku v. Wendys International Inc.,* **[1:05-ml-00252]**, and too many more civil rights complaints filed against Defendants across the United States to list herein.

9.     Plaintiff Arogant Hollywood suffered physical, mental, psychological, and emotional injuries because of Defendants' complete disregard to Plaintiff Arogant Hollywood's well-established constitutional rights. All Defendants' actions were deliberate, intentional, and done with evil intentions and complete disregard for Plaintiff Arogant Hollywood's constitutional civil rights.

10.     All named Defendants on the caption page of this lawsuit encouraged, indirectly participated, and tolerated threats of violence upon Plaintiff Arogant Hollywood that was done and orchestrated by employees of the Wendy's location located at 190 W. Foothill Blvd., Monrovia, CA 91016, Monrovia police department, and several other named and unnamed Defendants. Arogant Hollywood has suffered mentally, emotionally, psychologically, and physically as a direct result and causation by Defendants.

### JURY TRIAL DEMAND AND CIVIL RIGHTS COMPLAINT OF AROGANT HOLLYWOOD

**PLAINTIFF AROGANT HOLLYWOOD** individually bring this action against Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986
–Page 5 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

11. Plaintiff Arogant Hollywood hereby alleges as set forth below:

## II. SUBJECT MATTER JURISDICTION & ARTICLE III STANDING TO BRING FORTH THIS LAWSUIT

12. To establish standings to maintain an action in federal district court, a plaintiff must allege: (1) injury in fact, (2) causation----"a fairly traceable connection between the plaintiff's harm and the complained of conduct of the defendant", and----------------(3) redressability -------"a likelihood that the requested relief will redress the alleged injury." See *Steel Co. v. Citizens for a Better Env't,* 523 U.S. 83, 103 (1998*); Lujan v. Defenders of Wildlife,* 504 U.S. 555, 560-61 (1992).

13. The Supreme Court has explained that "the irreducible constitutional minimum' of standing consists of three elements." See *Spokeo Inc. v. Robins,* 136 S. Ct. 1540, 1547 (2016) *(quoting Lujan, 504 U.S. at 560).* A plaintiff "must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of a defendant, and (3) that is likely to be redressed by a favorable judicial decision.

14. Plaintiff Arogant Hollywood is part of a protected class of United States citizens under both the American Disabilities Act of 1990 and the Civil Rights Act of 1964. Plaintiff Arogant Hollywood is protected under Title III of the American Disabilities Act of 1990 and Titles II of the Civil Rights Act of 1964.

15. Arogant Hollywood has filed this lawsuit on his own behalf to redress civil rights violations by all Defendants. Plaintiff Arogant Hollywood alleges that Defendants' violated Plaintiff's civil rights. Plaintiff Arogant Hollywood alleges that Defendants have discriminated against Plaintiff in violation of United States Code federal statues §§ 1981,1985, 1986, 12101

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986
–Page 6 of 68             *AROGANT HOLLYWOOD, todd a. penegor, et al*

and 12203. Plaintiff Arogant Hollywood alleges that Defendants have conspired to interfere with Plaintiff's constitutional civil rights.

### III.   **PARTIES TO THE ACTION**

16.    Plaintiff **AROGANT HOLLYWOOD (hereinafter "Plaintiff Hollywood" or "Hollywood")** is currently a resident of Los Angeles County, California at the present time of the filing of this civil rights complaint and during the civil rights violations alleged herein. Plaintiff Hollywood was a disabled and homeless individual living within the city limits of city of Monrovia, CA. At all relevant times stated throughout this federal civil rights complaint Plaintiff Hollywood was a California state homeless resident and patronizing at 190 W. Foothill Blvd., Monrovia, CA, 91016.

17.    At all times relevant hereto, and stated throughout this lawsuit, Arogant Hollywood was an individual over the age of 18 years-old, a resident of the state of California, and a citizen to the United States of America. Plaintiff Hollywood has an interest in this lawsuit through his redress of civil rights violations by Defendants, and through Defendants' discrimination that is forbidden by Title III of the American Disabilities Act of 1990. Plaintiff Hollywood is a proper and appropriate party to this federal district court lawsuit through his residency of the state of California, and his naturalization of the United States of America. Plaintiff Hollywood has an interest in this lawsuit because Defendants all are responsible for the physical, mental, psychological, and emotional harm Plaintiff Arogant Hollywood suffered at the unclean hands of all Defendants.

18.    Plaintiff **AROGANT HOLLYWOOD** is a "physically handicapped person", a "physically disabled person", and a "person with physical disabilities" (hereinafter the terms "physically disabled", "physically handicapped" and "person with physical disabilities" are used

interchangeably, as these words have similar or identical common usage and legal meaning, but the legislative scheme in the American Disabilities Act of 1990, and other statutory measures refer to protection of the rights of "physically disabled persons").

19.     Plaintiff **AROGANT HOLLYWOOD** is a "person with physical disabilities", as defined by all applicable Ohio and United States laws. Plaintiff Arogant Hollywood is legally blind in his right eye. Plaintiff Hollywood is emotional, psychologically, emotionally, and mentally disabled. Hollywood suffers from mental illnesses anxiety, depression, bipolar, and anti-personality disorder. Hollywood has been hospitalized at hospital psychiatric units for his severe mental health illnesses over ten times in just the year 2021. Prior to 2021 Hollywood was hospitalized for mental health issues in an actual psychiatric hospital on at least three separate occasions.

20.   Plaintiff **AROGANT HOLLYWOOD** is therefore a member of the protected class of United States of America that are protected under Title II of the Civil Rights Act of 1964. Plaintiff Arogant Hollywood is protected from harm by all Defendants pursuant to Title III of the American Disabilities Act of 1990.

21.     Defendant **TODD PENEGOR [hereinafter "Defendant Penegor" or "Penegor"] is a** 53-year-old Caucasian businessman. Defendant Penegor serves as President, Chief Executive Officer and Director of Wendy's International LLC, Wendy's Restaurants Inc., and Wendy's Company Inc. Penegor joined Wendy's corporation in 2013 and has served as a director and as President and Chief Executive Officer of the company since May 2016. Penegor is hereby sued in both his official capacity as a Wendy's Inc. executive and in his personal capacity as a citizen of the United States of America. Defendant Todd Penegor is being sued because he conspired with other named and unnamed Defendants to violate the civil rights of Arogant Hollywood.

22.     Defendant **GUNTHER PLOSCH [hereinafter "Defendant Plosch" or "Plosch"] is a** 52-year-old Caucasian businessman. Defendant Plosch serves as Chief Financial Officer of Wendy's International LLC, Wendy's Restaurants Inc., and Wendy's Company Inc. Plosch has been the Chief Financial Officer of Wendy's corporation since 2016. Plosch is hereby sued in both his official capacity as a Wendy's Inc. executive and in his personal capacity as a citizen of the United States of America. Defendant Plosch is being sued because he conspired with other named and unnamed Defendants to violate the civil rights of Arogant Hollywood.

23.     Defendant **WENDY'S INTERNATIONAL INC. [hereinafter Defendant WI INC or WI INC]** is a state of Delaware corporation that operates as the parent company of the Wendy's Company that is headquartered in Dublin, Ohio. Defendant WI INC's State of Delaware corporation file number is **2692031**. Under Delaware state law Defendant WI INC can be served a copy of Plaintiff's summons and complaint at The Corporation Service Company, **251 Little Falls Drive, Wilmington, DE 19808**.

24.     Defendant **WENDY'S HOLDINGS, LLC [hereinafter Defendant WI LLC or WI LLC]** is a state of Delaware corporation that operates as the parent company of the Wendy's Company that is headquartered in Dublin, Ohio. Defendant WI LLC's State of Delaware corporation file number is **5151409**. Under Delaware state law Defendant WI LLC can be served a copy of Plaintiff's summons and complaint at The Corporation Service Company, **251 Little Falls Drive, Wilmington, DE 19808**.

25.     Defendant **THE WENDY'S COMPANY [hereinafter Defendant WEN or WEN]** is a state of Delaware corporation that operates as the child/subsidiary company of the Wendy's International LLC, Wendy's Holding LLC, and Wendy's International INC. The Wendy's Company is headquartered in Dublin, Ohio. Defendant WEN's State of Delaware corporation file number is **2400741**. Under Delaware state law Defendant WEN can be served a copy of

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986

–Page 9 of 68                    *AROGANT HOLLYWOOD, todd a. penegor, et al*

Plaintiff's summons and complaint at The Corporation Service Company, **251 Little Falls Drive, Wilmington, DE 19808**.

26.     Defendant **WENDY'S IINTERNATIONAL LLC. [hereinafter Defendant WI LLC or WI LLC]** is a state of Ohio corporation that operates as the parent company of the Wendy's Company that is headquartered in Dublin, Ohio. Defendant WI LLC's State of Ohio corporation entity number is **391560**. Under Ohio state law Defendant WI LLC can be served a copy of Plaintiff's summons and complaint at United Agent Group Inc. 119 East Court Street, Cincinnati**, OH 45202**

27.   Defendant **WENDY'S RESTAURANTS, LLC [hereinafter Defendant WR LLC or WR LLC]** is a state of Delaware corporation that operates as the child/subsidiary company of the Wendy's International LLC, Wendy's Holding LLC, and Wendy's International INC. The WE LLC is headquartered in Dublin, Ohio. Defendant WE LLC State of Delaware corporation file number is 4612877**.** Under Delaware state law Defendant, WE LLC can be served a copy of Plaintiff's summons and complaint at United Agent Group Inc., **3411 Silverside Road, Tatnall Building # 104, Wilmington, DE 19810**.

28.     Each of the Defendants, their employees, and agents, participated personally in the unlawful conduct challenged herein and, to the extent that they did not personally participate, authorized, acquiesced, set in motion, or otherwise failed to take necessary steps to prevent the acts that resulted in the unlawful conduct and the harm suffered by Plaintiff Arogant Hollywood. Each Defendant acted in concert with each other. The challenged acts caused the violations of Plaintiff Hollywood's civil rights.

29.     Plaintiff Hollywood is unaware of the true names of Defendants listed as DOES 1 through 10, inclusive, and therefore sued them by the foregoing names which are fictitious. Plaintiff will amend his civil rights complaint by inserting the true names in lieu of said

fictitious names, together with apt and proper charging words, when said true names are ascertained. Plaintiff is informed and believe and thereon allege that each of the Defendants designated herein as a DOE is responsible and liable to Plaintiff in some manner for the events, happenings, and contention referred to in this civil rights complaint. All references herein to "Defendant: or "Defendants" shall be deemed to include all DOE Defendants.

30.     Plaintiff Arogant Hollywood is informed and believe and thereon allege that each Defendant, including DOES 1 through 10 was and is the agent, employee, servant, subsidiary, partner, member, associate, or representative or each other Defendant, and that all of things alleged to have been done in the course and scope of said agency, employment, service, subsidiary, partnership, membership, association, or representative relationship and with the knowledge and consent of their respective principals, employers, masters, parent corporations, partners, members, associates, or representatives. Each Defendant has authorized, ratified, acknowledged, consented, acquiesced, and/or approved of all acts, conduct, and/or omissions, by each other Defendant. Plaintiff is informed and believes and thereon alleges, that each of the fictitiously named defendants is responsible in some manner for the occurrences alleged in this complaint, and that Plaintiff's damages as alleged in this civil rights complaint were proximately caused by those defendants.

31.     The allegations of this civil rights complaint stated on information and belief are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## IV.     <u>CONTINUING VIOLATIONS</u>

32.     The wrongful acts and omissions giving rise to the Defendant's liability in this action commenced on or about August 1, 2021, and have been and are "continuing" in nature as of the date of filing of this civil rights complaint. Plaintiff Arogant Hollywood therefore hereby

reserves his right to amend this civil rights complaint as new and additional facts and claims arise or become known to Plaintiff, including but not limited to after the taking of Defendants' depositions, and personal service on their attorneys of Special Interrogatories, and Requests for Admission.

## V.  JURISDICTION AND VENUE

33.  This action arises from a violation, inter alia, of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12203, *et seq.*, 42 U.S.C. §§ 12101, 12103 *et seq.*, discrimination in violation of Title II of the Civil Rights Act of 1964. Violations of 42 U.S.C. §§ 1981, 1985 and 1986. Plaintiff Hollywood seeks to redress violations of state law rights and/or federal law rights via the supplemental jurisdiction of this Court.

34.  This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

35.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff Arogant Hollywood is a citizen of the state of California, all Defendants are citizens of the state of Ohio, and the damages demanded against all Defendants exceed the monetary amount of $ 75,000.

36.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

37.  Declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201(a) and 2202.

38.  Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) because Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 all live and work in the state of Ohio.

39.     Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) because Defendants Wendy's International INC, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, and Wendy's Restaurants Inc., are all headquartered in the state of Ohio. Additionally, the Ohio state is in fact the *"Nerve Center"* of Wendy's International INC, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, and Wendy's Restaurants Inc., where most of these companies' operations are headquartered, and where most of these companies' revenue is generated.

40.     Personal jurisdiction is proper over each of the defendants because they are either domiciled in the State of Ohio, and/or have regularly transacted business in the state of Ohio.

41.     Plaintiff Arogant Hollywood reserve his right to amend this civil rights complaint to include state cause of actions of negligence, negligent intentional infliction of emotional distress, civil conspiracy, and intentional infliction of emotional distress and any other claims for relief related to the allegations stated throughout this civil rights complaint.

## VI.     DISPUTED & UNDISPUTED FACTS IN SUPPORT OF ALL ALLEGATIONS ALLEGED AGAINST ALL DEFENDANTS

42.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated Ohio state torts, federal statutes, and laws by failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

43.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated Ohio state torts, federal statutes, and laws by failing to stop their Wendy's employees from discriminating

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986
–Page 13 of 68                *AROGANT HOLLYWOOD, todd a. penegor, et al*

1  against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and
2  mental disability.

3

4  44.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
5  Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated Ohio state
6  torts, federal statutes, and laws by failing to stop their Wendy's employees from discriminating
7  against Plaintiff Arogant Hollywood by trespassing Hollywood from the Wendy's restaurant
8  location at 190 W. Foothill Blvd., Monrovia, CA 91016.

9

10  45.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
11  Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated Ohio state
12  torts, federal statutes, and laws by allowing their Wendy's employees to trespass Arogant
13  Hollywood by employing the manpower of the violent city of Monrovia police department.

14

15  46.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
16  Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated Ohio state
17  torts, federal statutes, and laws by deliberately and intentionally failing to respond to
18  Hollywood's emails in which Hollywood reported to all Defendants the racial and disability
19  discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd.,
20  Monrovia, CA 91016.

21

22  **VI.    STATEMENT OF FACTS**
23  **A.    FACTUAL BACKGROUND**

24

25  **GENERAL ALLEGATIONS OF COMPLAINT ON BEHALF OF PLAINTIFF**
26  **AROGANT HOLLYWOOD**

27

28

47.    Between September 18, 2021, and September 24, 2021, Hollywood ordered food at Defendants' Wendy's restaurant location located at 190 W. Foothill Blvd., Monrovia, CA 91016. During those times ordering Hollywood was discriminated against by managers getting upset and showing attitudes whenever Hollywood complained about the location's employees messing up his order. For example, during at least four visits between September 18, 2021, and September 24, 2021, the 190 W. Foothill Blvd. location made Hollywood's order wrong by placing pickles and tomatoes on his order, by giving him French fries that were not cooked well done, giving him burgers and chicken sandwiches that contained meat that was not well done, among other issues.

48.    During at least two of those four visits to the restaurant Hollywood 190 W. Foothill Wendy's restaurant managers employees at the location were discriminating against him based on his race and psychological disabilities.

49.    On two of those visits in September 2021 Hollywood told the managers and supervisors of the 190 W. Foothill location that he could not see the Wendy's menu clearly because he was legally blind in his right eye. The female employees and managers just rolled their eyes and refused to help Hollywood read the Wendy's restaurant menu!

50.    During at least two of Hollywood's four September 2021 restaurant visits Hollywood told both the 190 W. Foothill Blvd.'s managers that his woman Alison Fairchild would take legal action against Wendy's Inc. unless the location installed a handicap ramp in the front of the restaurant.

51.    On or about October 3, 2021 Hollywood sent an email to President and Chief Executive Officer Todd Penegor, todd.penegor@wendys.com , Chief Marketing Officer Carl Loredo, carl.loredo@wendys.com , Chief People Officer, M. Coley O'Brien,

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986

–Page 15 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

coley.o'brien@wendys.com, President, International and Chief Development Officer Abigail E.

Pringle, abigail.pringle@wendys.com , Chief Financial Officer Gunther Plosch,

gunther.plosch@wendys.com , Chief Operating Officer Deepak Ajmani,

Deepak.ajmani@wendys.com , Chief Accounting Officer Leigh A. Burnside,

leigh.burnside@wendys.com , Chief Commercial Officer Kurt A. Kane,

kurt.kane@wendys.com , Chief Corporate Affairs and Sustainability Officer Lilliana M.

Esposito, liliana.esposito@wendys.com and Lilliana.esposito@wendys.com , The Wendy's

Company Chairman of the Board of Directors Nelson Peltz, npeltz@trianpartners.com

Many other Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC,

Wendy's Restaurants Inc. executive officers and Wendy's company board of directors were

emailed but the list is too long to state herein. As of the date of filing of this first civil rights

complaint against Defendants none of the above stated executives of Wendy's Holdings, LLC,

Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc. have responded

and/or replied to Hollywood's email sent on or about October 3, 2021.

52.     In Hollywood's lengthy email to Defendants' executives Hollywood told these company

executives that employees and managers at this location were violating his civil rights by

treating him like a second-class citizen. Hollywood told executives in his email that his civil

rights were protected under Title II of the Civil Rights Act of 1964, and under Title III of the

American Disabilities Act of 1990. In his email Hollywood told Wendy's executives that

something needed to be done about the lack of handicap ramp in front of the location, and the

racist and disability bias attitude of 190 W. Foothill Blvd.'s employees and managers.

53.     On January 3, 2022, Hollywood returned to Defendants' 190 W. Foothill Blvd. location.

At the time of Hollywood's order, he complained that his fries were not well done. Also, the

sandwich that Hollywood ordered for his fiancée Alison Helen Fairchild was not made correctly.

Rather than argue with the restaurant staff at 190 W. Foothill Blvd. Hollywood left the

restaurant and dealt eating lukewarm fries and hearing his woman complaint about how her

burger was made incorrectly and did not include the extra onions and tomatoes that Hollywood had requested and paid for. Hollywood told executives that he suffered from mental health illnesses and was legally blind in his right eye.

54.    On January 4, 2022 Hollywood send a second email to President and Chief Executive Officer Todd Penegor, todd.penegor@wendys.com , Chief Marketing Officer Carl Loredo, carl.loredo@wendys.com , Chief People Officer, M. Coley O'Brien, coley.o'brien@wendys.com, President, International and Chief Development Officer Abigail E. Pringle, abigail.pringle@wendys.com , Chief Financial Officer Gunther Plosch, gunther.plosch@wendys.com , Chief Operating Officer Deepak Ajmani, Deepak.ajmani@wendys.com , Chief Accounting Officer Leigh A. Burnside, leigh.burnside@wendys.com , Chief Commercial Officer Kurt A. Kane, kurt.kane@wendys.com , Chief Corporate Affairs and Sustainability Officer Lilliana M. Esposito, liliana.esposito@wendys.com and Lilliana.esposito@wendys.com , and The Wendy's Company Chairman of the Board of Directors Nelson Peltz, npeltz@trianpartners.com

55.    In Hollywood's second email he kept it short and to the point. In Hollywood's second email to Wendy's executives Hollywood told them that he would sue them all for violating his civil rights that were protected under Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990. Hollywood detailed in his email that he was sick and tired of the disability and racial discrimination he encountered nearly every single time he entered the Wendy's restaurant location located at 190 W. Foothill Blvd., Monrovia, CA. Hollywood reminded executives in his second email to them that he was blind in the rights eye, suffered from mental health illnesses, and that both executives and 190 W. Foothill Blvd. had discriminated against him based upon his race and physical and psychological disabilities. Hollywood further wrote in his second email to Wendy's executives that they had all failed to provide reasonable ADA accommodations.

56.     On January 5, 2022, Hollywood returned for what would be his final visit at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. Hollywood politely told the male employee taking his order that the last time he was at the location his food and his woman's food was made incorrectly. Despite Hollywood telling this employee to make the order correctly it was once again made incorrectly. After Hollywood's order was concluded he placed a second order of two large Chili bowls. The Hispanic male manager took offense to Hollywood requesting that his two large Chili bowls be filled up to the top. The manager started pointing to the line inside of the cup and told Hollywood that this is where the Chili serving stops and no exceptions were made for anyone. Hollywood ordered a third time. This time he ordered a Jalapeno Popper Salad. Hollywood was not told that the Wendy's location was discontinuing the Jalapeno Pepper salad, and he was not told that there was no more Jalapeno Ranch dressing. Hollywood's order was given to him by a young Anglo/Mexican woman who told Hollywood with attitude that the salad was discontinued, and that she could refund Hollywood's money. Next this racist and disability bias Wendy's employee told Hollywood to leave the store and that he would no longer be serviced. This unidentified Wendy's employee next called an Underwood Security officer to escort Hollywood out of the restaurant. This led to the Monrovia police department responding and officially trespassing Hollywood and giving him a copy of such trespass. Hollywood then left the 190 W. Foothill Blvd. Wendy's location so that he would not be physically arrested and otherwise harmed!

**FIRST CLAIM FOR RELIEF---INTENTIONAL DISCRIMINATION, RETALIATION, INTIMIDATION, THREATS, AND INTERFERENCE IN VIOLATION OF TITLE III OF THE AMERICAN WITH DISABILITIES ACT, 42 U.S.C. § 12203 (a) & (b) ALLEGED BY AROGANT HOLLYWOOD AS AGAINST DEFENDANTS TODD PENEGOR, GUNTHER PLOSCH, WENDY'S INTERNATIONAL, INC., WENDY'S HOLDINGS, LLC, THE WENDY'S COMPANY, WENDY'S INTERNATIONAL, LLC, WENDY'S RESTAURANTS, LLC. & DOES 1-10**

57.     Plaintiff Arogant Hollywood reincorporates by reference each and every allegation stated in paragraphs 1-56 above.

58.     Plaintiff Arogant Hollywood is physically, psychologically, mentally, and emotionally disabled within the means of Title III of the American Disabilities Act of 1990.

59.     Plaintiff Arogant Hollywood engaged in conduct protected by the American Disabilities Act of 1990, including but not necessarily limited to requesting reasonable accommodations from all Defendants stated herein.

60.     Plaintiff Arogant Hollywood engaged in conduct protected by the American Disabilities Act of 1990, including but not necessarily limited to being protected from intentional discrimination of all Defendants listed herein and above.

61.     Plaintiff Arogant Hollywood engaged in conduct protected by the American Disabilities Act of 1990, including but not necessarily limited to being protected from interference with her ADA constitutional rights that were interfered with by all Defendants listed herein and above.

62.     42 U.S.C. § 12203(a) prohibits retaliation against any individual because the person opposed any act or practice made unlawful by the ADA. 42 U.S.C. § 12203(b) further provides that "[i]t shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercise or enjoyed… any right granted or protected by this Chapter."

63.     As with Section 504, there is also a private right of action for persons with disabilities, which includes the full panoply of remedies. Again, consistent with section 504, it is not the Committee's intent that persons need to exhaust Federal administrative remedies before

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986
−Page 19 of 68            *AROGANT HOLLYWOOD, todd a. penegor, et al*

exercising their private right of action. See H.R. REP. NO. 485(II) 101st Cong., 2d Sess., at 98 (1990) reprinted in 1990 U.S.C.C.A.N. at 381.

64.     "Our conclusion is consistent with the "well settled" rule that "where legal rights have been invaded, and a federal statute provides for a general right to sue for such invasion, federal courts may use any available remedy to make good the wrong done." See *Barnes v. Gorman*, 536 U.S. 181 at 189 (2002) quoting *Bell v. Hood*, 327 U.S. 678 (1946) at 685

65.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated U.S.C. § 12203 and intentionally discriminated against Hollywood by failing to stop its Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

66.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated U.S.C. § 12203 and intentionally discriminated against Hollywood by failing to stop its Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

67.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated U.S.C. § 12203 and intentionally discriminated against Hollywood by failing to stop its Wendy's employees from discriminating against Plaintiff Arogant Hollywood by trespassing Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

68.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated U.S.C. § 12203 and intentionally discriminated against Hollywood by allowing its Wendy's employees to

trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

69.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 violated U.S.C. § 12203 and intentionally discriminated against Hollywood by deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

70.     As a direct and proximate result of all Defendants' violation of 42 U.S.C. § 12203, Plaintiff Arogant Hollywood has suffered and continues to suffer emotional distress, depression, panic attacks, anxiety, insomnia, a complete disruption of his life and other damages in an amount to be determined according to proof at the time of trial.

71.     As a direct and proximate result of all Defendants' violation of 42 U.S.C. § 12203, Plaintiff Arogant Hollywood has suffered and continues to suffer frustration, disappointment, embarrassment, and general sadness.

72.     As a direct and proximate result of Defendants' violation of 42 U.S.C. § 12203, Plaintiff Arogant Hollywood has suffered and continues to suffer emotional distress, and other damages in an amount to be determined according to proof at the time of trial.

73.     As a further direct, foreseeable, and proximate result of said wrongful acts by all Defendants Plaintiff Hollywood incurred attorney's fees in an amount to be determined, for which Plaintiff claims a sum to be established according to proof.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986
−Page 21 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

74.     Pursuant to Ohio state and federal law Plaintiff Arogant Hollywood hereby prays for and demands that the court award him compensatory damages, special damages, and general damages for all the above stated Defendants' intentional discrimination of Plaintiff Hollywood pursuant to 42 U.S.C. § 12202(b)

75.     **WHEREFORE,** Plaintiff Arogant Hollywood demands judgment against Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., and DOES 1-10 on the first claim for relief of Plaintiff's civil rights complaint in the amount that will justly compensate Plaintiff Hollywood for his damages, together with costs and attorneys' fees in this action.

**SECOND CLAIM FOR RELIEF---VIOLATION OF 42 USC § 1985 (CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS) ALLEGED BY PLAINTIFF AROGANT HOLLYWOOD AS AGAINST DEFENDANTS TODD PENEGOR, GUNTHER PLOSCH, WENDY'S INTERNATIONAL, INC., WENDY'S HOLDINGS, LLC, THE WENDY'S COMPANY, WENDY'S INTERNATIONAL, LLC, WENDY'S RESTAURANTS, LLC. & DOES 1-10**

76.     Plaintiff Arogant Hollywood re-allege and incorporate by reference paragraphs 1-75.

77.     On information and belief Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and each of them, engaged in an illegal conspiracy to interfere with Plaintiff Arogant Hollywood's civil rights in violation of 42 U.S.C. § 1985.

78.     42 U.S.C. § 1985(3) provides citizens with a cause of action against private conspiracies to violation constitutional rights. No state action prerequisite exists for such lawsuits.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986
−Page 22 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

79.     On information and belief Defendants Todd Penegor, Gunther Plosch, Wendy's
Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc.,
& DOES 1-10, and each of them, engaged in an illegal conspiracy to interfere with Plaintiff
Arogant Hollywood civil rights in violation of 42 U.S.C. § 1985.

80.     Specifically, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC,
Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc.,
& DOES 1-10, and each of them, did, in violation of 42 U.S.C. § 1985(3), conspire with another
for the purpose of depriving, either directly or indirectly, Plaintiff Arogant Hollywood as a
member of the disabled/handicapped class of persons, of the equal protection of the laws, and of
equal privileges and immunities under the laws.

81.     As alleged herein, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC,
Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc.,
& DOES 1-10 maliciously conspired with conspirators/co-conspirators with the intent to injure
Plaintiff Arogant Hollywood.

82.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10  violated § 1985 by
each of them participating in plans and conspiracies to file criminal charges, physically harm
Plaintiff, fail to keep him safe, fail assist him after he had been physically, emotionally,
mentally, and psychologically harmed, by interfering with his constitutional civil rights, and
many other conspiracies stated herein and throughout this civil rights complaint.

83.     By engaging in these conspired acts together, and with multiple conspirators involved, all
Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc.,
Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 deprived Plaintiff

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and
Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of
1964] 42 U.S.C. §§ 1983, 1985, & 1986
–Page 23 of 68            *AROGANT HOLLYWOOD, todd a. penegor, et al*

Arogant Hollywood of his constitutional civil rights under Title II of the Civil Rights Act of 1964, and pursuant to Title III of American Disabilities Act of 1990.

84.    By doing all the above, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 violated Plaintiff Arogant Hollywood's civil rights pursuant to 42 U.S.C. § 1985(3), and all of evil, cruel, malicious, and discriminatory acts were done solely, and specifically based on Plaintiff Fairchild's disability.

85.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, each and every one of them, acquired, possessed, and maintained a general knowledge of the conspiracy's objectives to inflict wrongs against and/or injury on Plaintiff Arogant Hollywood as described in this civil rights complaint.

86.    On information and belief Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 combined to engage in a scheme which was intended to violate the law and concealed and secreted same.

87.    On information and belief Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 combined to engage in a scheme which was intended to violate the civil rights of Arogant Hollywood.

88.    On information and belief Plaintiff Hollywood avers that Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC,

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986
–Page 24 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

Wendy's Restaurants Inc., & DOES 1-10 combined to engage in a scheme which was intended to violate the rights of the public-at-large.

89.     The facts, evidence and legal conclusion set forth in this instant civil rights complaint supports that Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 (which consist of two or more persons): (a) engaged in conspiracy(ies) leveled against Plaintiff Arogant Hollywood. (b) engaged in conspiracy(ies) to deter, intimidate, and threaten Plaintiff Arogant Hollywood from engaging in protected activities, i.e., Warning corporations about racist and disability bias employees, conspiring to not respond to important emails that alleged ADA and civil rights violations, retaliating for exercise of 1st amendment rights of freedom of speech, and (c) engaged in conspiracy(ies) which resulted in injury/harm to Plaintiff Arogant Hollywood.

90.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 violated the rights of Plaintiff Hollywood for personal reasons, and Defendants demonstrated bias towards Plaintiff Hollywood. Moreover, said conspiracy(ies) was/were inspired and motivated by Defendants' engagement in systematic racial bias and disability bias, discriminatory and retaliatory practices against Arogant Hollywood because of his race (African American/black), and because of Plaintiff's clearly apparent psychological, physical, emotional, and mental disabilities.

91.     Because of Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's knowledge of Plaintiff Hollywood's engagement in protected activities, and because of Defendants' systematic discriminatory practices –discrimination, retaliation, and harassment— as well as a conspiracy based on Defendants' knowledge of Plaintiff Arogant Hollywood's engagement in protected activities; Warning corporations about racist and disability bias

1   employees, conspiring to not respond to important emails that alleged ADA and civil rights

2   violations, retaliating for exercise of 1st amendment rights of freedom of speech., and Plaintiff

3   Hollywood's exercising of his constitutional civil rights, all Defendants thereby conspired to

4   deprive Plaintiff Arogant Hollywood of his constitutional civil rights secured and guaranteed

5   under the Constitution and other laws of the United States.

6

7   92.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company

8   Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 combined to violate

9   the civil and constitutional rights of Plaintiff Arogant Hollywood.

10

11  93.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company

12  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 all directly or

13  indirectly participated in physical, psychological, emotional, and mental harm that happened to

14  Arogant Hollywood.

15

16  94.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company

17  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 all participated in a

18  conspiracy to intentionally discriminate against Plaintiff Hollywood.

19

20  95.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company

21  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to

22  physically, psychologically, mentally, and emotionally harm Hollywood by failing to stop their

23  Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

24

25  96.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company

26  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to

27  physically, psychologically, mentally, and emotionally harm Hollywood by failing to stop their

28

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and
Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of
1964| 42 U.S.C. §§ 1983, 1985, & 1986
–Page 26 of 68            *AROGANT HOLLYWOOD, todd a. penegor, et al*

Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

97.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to physically, psychologically, mentally, and emotionally harm Hollywood by failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood by trespassing Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

98.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to physically, psychologically, mentally, and emotionally harm Hollywood by allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

99.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to physically, psychologically, mentally, and emotionally harm Hollywood by deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

100.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to intentionally discriminate against Hollywood by failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986
–Page 27 of 68            *AROGANT HOLLYWOOD, todd a. penegor, et al*

101.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to intentionally discriminate against Hollywood by failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

102.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to intentionally discriminate against Hollywood by trespassing Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

103.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to intentionally discriminate against Hollywood by allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

104.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to intentionally discriminate against Hollywood by deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

105.    For all the above stated reasons, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 are liable for damages to Plaintiff for their joint and equal violation of 42 U.S.C. § 1985.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964| 42 U.S.C. §§ 1983, 1985, & 1986
−Page 28 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

106. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's actions, conduct and behavior were demonstrated to be part of a class-based invidiously discriminatory animus when Defendants failed to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

107. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's actions, conduct and behavior were demonstrated to be part of a class-based invidiously discriminatory animus when Defendants failed to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

108. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's actions, conduct and behavior were demonstrated to be part of a class-based invidiously discriminatory animus when Defendants condoned and approved the trespassing of Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

109. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's actions, conduct and behavior were demonstrated to be part of a class-based invidiously discriminatory animus when Defendants by allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

110. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's actions, conduct and behavior were demonstrated to be part of a class-based invidiously discriminatory animus when Defendants deliberately and intentionally failed to respond to Hollywood's emails in

1  which Hollywood reported to all Defendants the racial and disability discrimination he
2  experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

3
4  111.    Pursuant to Ohio state and federal Plaintiff Arogant Hollywood hereby prays for and
5  demands that the court award him compensatory damages, special damages, and general
6  damages for all the above stated Defendants' intentional violations of 42 U.S.C. § 1985.

7
8  112.    **WHEREFORE**, Plaintiff Arogant Hollywood demands judgment against Defendants
9  Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's
10  International LLC, Wendy's Restaurants Inc., & DOES 1-10's on the second claim for relief of
11  Plaintiff Hollywood's civil rights complaint in the amount that will justly compensate Plaintiff
12  Hollywood for his damages, together with costs and attorneys' fees in this action.

13
14  **THIRD CLAIM FOR RELIEF---VIOLATION OF 42 USC § 1986 (NEGLECT TO**
15  **PREVENT DEPRIVATION OF RIGHTS) ALLEGED BY PLAINTIFF AROGANT**
16  **HOLLYWOOD AS AGAINST DEFENDANTS TODD PENEGOR, GUNTHER PLOSCH,**
17  **WENDY'S INTERNATIONAL, INC., WENDY'S HOLDINGS, LLC, THE WENDY'S**
18  **COMPANY, WENDY'S INTERNATIONAL, LLC, WENDY'S RESTAURANTS, LLC. &**
19  **DOES 1-10**

20
21  113.    Plaintiff Arogant Hollywood re-allege and incorporate by reference paragraphs 1-112.

22
23  114.    This federal claim for relief is brought against Defendants Todd Penegor, Gunther
24  Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC,
25  Wendy's Restaurants Inc., & DOES 1-10's pursuant to their intentional and willful violations of
26  Plaintiff Hollywood's civil rights under 42 USC § 1986.

27
28  115.    Plaintiff Arogant Hollywood alleges that 42 U.S.C. § 1986 creates a claim for relief

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986
–Page 30 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

for the failure to prevent a conspiracy within the meaning of 42 U.S.C. § 1985:

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in [42 U.S.C. § 1985], are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses to do so, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented.

116.   An essential element of a claim under 42 U.S.C. § 1986 is the existence of a § 1985(3) claim. *Williams v. St. Joseph Hospital,* 629 F.2d 448, 451-452 (7th Cir. 1980).

117.   Plaintiff Arogant Hollywood avers that all above named Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 did, in violation of 42 U.S.C. § 1986, with knowledge of the wrongs conspired to be done at the request and instruction of one or more of the Defendants, were about to be committed, and having power to prevent or aid in preventing the commission of same, neglected or refused to do so, to wit: neglecting or refusing to prevent, with knowledge of a conspiracy to deprive, either directly or indirectly,

118.   Plaintiff Arogant Hollywood as a member of the disabled/handicapped protected class of people, the equal protection of the laws, and of the equal privileges and immunities under the laws.

119.   Plaintiff Arogant Hollywood as a member of the African American/black protected class of people, the equal protection of the laws, and of the equal privileges and immunities under the laws.

**Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986**
–Page 31 of 68           *AROGANT HOLLYWOOD, todd a. penegor, et al*

120.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and several of their employees conspired to violate Plaintiff Arogant Hollywood's civil rights by failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

121.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and several of their employees conspired to violate Plaintiff Arogant Hollywood's civil rights by failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

122.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and several of their employees conspired to violate Plaintiff Arogant Hollywood's civil rights by condoning and approving the trespassing of Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

123.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and several of their employees conspired to violate Plaintiff Arogant Hollywood's civil rights by allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

124.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and several of their employees conspired to violate Plaintiff Arogant Hollywood's civil rights by deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all

Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

125.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 and several of their employees of 190 W. Foothill Blvd., Monrovia, CA, Wendy's restaurant employees, and their headquarters in Dublin, Ohio, conspired to violate Plaintiff Arogant Hollywood's civil rights by having knowledge of Wendy's employees discriminating against Plaintiff Arogant Hollywood based on his race.

126.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 and several of their employees of 190 W. Foothill Blvd., Monrovia, CA, Wendy's restaurant employees, and their headquarters in Dublin, Ohio, conspired to violate Plaintiff Arogant Hollywood's civil rights by having knowledge of Wendy's employees discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

127.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 and several of their employees of 190 W. Foothill Blvd., Monrovia, CA, Wendy's restaurant employees, and their headquarters in Dublin, Ohio, conspired to violate Plaintiff Arogant Hollywood's civil rights by having knowledge of the trespassing of Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

128.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 and several of their employees of 190 W. Foothill Blvd., Monrovia, CA, Wendy's restaurant employees, and their headquarters in Dublin, Ohio, conspired to violate Plaintiff Arogant Hollywood's civil rights by

having knowledge of Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

129.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 and several of their employees of 190 W. Foothill Blvd., Monrovia, CA, Wendy's restaurant employees, and their headquarters in Dublin, Ohio, conspired to violate Plaintiff Arogant Hollywood's civil rights by having knowledge of their 190 W. Foothill Blvd. employees violating Hollywood's civil rights pursuant to Title III of the American Disabilities Act of 1990.

130.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 and several of their employees of 190 W. Foothill Blvd., Monrovia, CA, Wendy's restaurant employees, and their headquarters in Dublin, Ohio, conspired to violate Plaintiff Arogant Hollywood's civil rights by having knowledge of their 190 W. Foothill Blvd. employees violating Hollywood's civil rights pursuant to Title II of the Civil Rights Act of 1964.

131.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 conspired to violate Plaintiff Arogant Hollywood's civil rights by having knowledge of every single one of the above stated civil rights violations yet deliberately failed to stop their Wendy's employees' actions.

132.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 failed to protect Plaintiff Hollywood from a conspiracy that was created to harm and injure Arogant Hollywood,

violating **Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.**

133.     Plaintiff Arogant Hollywood hereby alleges that Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10, and each and all of them, had knowledge of the § 1985 conspiracy(ies), the power to protect Plaintiff Arogant Hollywood, and neglected or refused to protect Plaintiff, and because of this Defendants, and each and all of them, are liable under § 1986.

134.     At least one or more Defendants were bystanders who many not themselves have been conspirators under § 1985 yet remain liable under § 1986. After all, those with knowledge of the underlying conspiracy puts them in the optimal position to prevent it. A negligent failure to protect by an actor with knowledge of a § 1985 conspiracy and power to protect its victims is actionable. **See** *Clark v. Clabaugh*, 20 F.3d 1290, 1298 (3d Cir. 1994) ***(finding that negligence is sufficient to maintain § 1986).***

135.     Plaintiff Arogant Hollywood hereby allege that at least one or more of the Defendants could have stopped the conspiracy he or she was part of to violate Plaintiff's civil rights on at least one, if not more, occasion. Plaintiff Arogant Hollywood avers that the facts, evidence, and legal conclusions alleged in this civil rights complaint demonstrate that at least one or more Defendants had actual knowledge of the § 1985 conspiracy, that at least one or more of Defendants had the power to prevent or aid in preventing the commission of the § 1985 violations, that at least one or more of Defendants neglected or refused to prevent the § 1985 conspiracy, and that one or more wrongful act(s) was committed by the conspirators.

136.     For these reasons, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10

are all liable under 42 U.S.C. § 1986 for all damages that he or she could have prevented with reasonable diligence. *Clark v. Clabaugh*, 20 F.3d at 1298.

137. **WHEREFORE**, Plaintiff Arogant Hollywood demands judgment against Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 on the third claim for relief of the Plaintiff's civil rights complaint in the amount that will justly compensate Arogant Hollywood for his damages, together with costs and attorneys' fees in this action.

## FOURTH CLAIM FOR RELIEF---NEGLIGENCE-- ALLEGED BY PLAINTIFF AROGANT HOLLYWOOD AS AGAINST DEFENDANTS TODD PENEGOR, GUNTHER PLOSCH, WENDY'S INTERNATIONAL, INC., WENDY'S HOLDINGS, LLC, THE WENDY'S COMPANY, WENDY'S INTERNATIONAL, LLC, WENDY'S RESTAURANTS, LLC. & DOES 1-10

138. Plaintiff Arogant Hollywood re-allege and incorporate by reference paragraphs 1-137.

139. A cause of action for negligence in the state of Ohio requires Plaintiff Arogant Hollywood establish (1) Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 owed a duty of care to Plaintiff Arogant Hollywood; (2) at least one or more of these Defendants breached that duty by a negligent act or omission; (3) the Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's breach was the actual and proximate cause of Plaintiff Arogant Hollywood injury(ies); and (4) Plaintiff Arogant Hollywood suffered an injury resulting from Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's breach. See *Federal Steel Wire Corp v. Ruhlin Constr. Co.*, 45 Ohio St. 3d 171 (Ohio 1989)

140.    In the state of Ohio comparative negligence is governed by Ohio Revised Code, Title 23 Courts-Common Pleas, Chapter 2315 Trial Procedure, § 2315.33. The presumption of negligence based on violation of statute is governed by OHS § 2315.33

141.    Comparative negligence in the state of Ohio is governed by assumption of the risk.  See *Stewart v. Urig,* 176 Ohio App. 3d 658 (Ohio Ct. App. 2008)

142.    Negligence is defined as conduct which falls below the standard established by law for the protection of others against unreasonable risk of harm. See Restatement, Torts, Section 282, Prosser Torts, p. 119.

143.    executed negligence by their deliberate, willful, and intentional tortious actions that violated Title II of the Civil Rights Act of 1964.

144.    All Defendants executed negligence by their deliberate, willful, and intentional tortious actions that violated Title III of the American Disabilities Act of 1990.

145.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holding, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurant Inc., & DOES 1-10 violated federal laws and statutes by intentionally discriminating against Plaintiff Arogant Hollywood.

146.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 executed negligence by their deliberate, willful, and intentional tortious actions of failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

147.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 executed negligence by their deliberate, willful, and intentional tortious actions of failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

148.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 executed negligence by their deliberate, willful, and intentional tortious actions of condoning and approving the trespassing of Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

149.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 executed negligence by their deliberate, willful, and intentional tortious actions of allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

150.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 executed negligence by their deliberate, willful, and intentional tortious actions of deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

**Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986**
–Page 38 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

151.    From September 18, 2021, until his unconstitutional trespass on January 5, 2022, Plaintiff Arogant Hollywood was a patron/customer at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. At that said time of trespass, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were the owners and operators of the Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. (a) Defendants owed a duty to all Wendy's restaurant customers to not negligently remove them from their premises.

152.    From September 18, 2021, until his unconstitutional trespass on January 5, 2022, Plaintiff Arogant Hollywood was a patron/customer at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. At that said time of trespass, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were the owners and operators of the Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. (a) Defendants owed a duty to all Wendy's restaurant customers to not negligently discriminate against them based on their race.

153.    From September 18, 2021, until his unconstitutional trespass on January 5, 2022, Plaintiff Arogant Hollywood was a patron/customer at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. At that said time of trespass, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were the owners and operators of the Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. (a) Defendants owed a duty to all Wendy's restaurant customers to not negligently discriminate against them based on their physical, psychological, emotional, and mental disability.

154.    In choosing to operate a nationwide commercial fast food restaurant corporation open to the public, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 undertook the duty to exercise reasonable care to operate and maintain the safety of the public who used their services and encountered their employees, franchise owners, managers, supervisors, and 1099 contractors.

155.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 operated and supervised United States, California business functions of all Wendy's restaurant location employees; AND (c) otherwise was legally responsible for the activities and business functions of all Wendy's restaurant locations and the safety and well-being of all United States citizens, including their customers, employees, and any person that may encounter any of their employees. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 owed a duty to Plaintiff Arogant Hollywood to conduct Wendy's restaurants' business functions, operations, and activities with reasonable care.

156.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 breached their duty to Plaintiff Hollywood by failing to exercise ordinary care and due diligence in negligently permitting the circumstances to exist that led to Defendants failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race.

157.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 breached their duty to Plaintiff Hollywood by failing to exercise ordinary care and due diligence in negligently permitting the circumstances to exist that led to Defendants failing to stop their Wendy's

employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability.

158.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 breached their duty to Plaintiff Hollywood by failing to exercise ordinary care and due diligence in negligently permitting the circumstances to exist that led to Defendants condoning and approving the trespassing of Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

159.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 breached their duty to Plaintiff Hollywood by failing to exercise ordinary care and due diligence in negligently permitting the circumstances to exist that led to Defendants allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department.

160.     Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 breached their duty to Plaintiff Hollywood by failing to exercise ordinary care and due diligence in negligently permitting the circumstances to exist that led to Defendants deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964] 42 U.S.C. §§ 1983, 1985, & 1986
–Page 41 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

161.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 breached their duty to Plaintiff Fairchild by failing to exercise ordinary care and due diligence in negligently permitting the circumstances to exist that led to Plaintiff Arogant Hollywood experiencing emotional distress, anxiety, psychological harm, mental distress, and physical pain from the civil rights violations of all Defendants alleged herein.

162.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 executed negligence by their deliberate, willful, and intentional tortious actions that violated state law regulations and federal laws.

163.    As a direct and proximate result of the negligence, recklessness, gross negligence, willfulness, and wantonness as aforesaid, Plaintiff Arogant Hollywood sustained injuries and damages including, without limitation, embarrassment, humiliation, anxiety, depression, a complete disruption of life, physical pain and suffering, emotional pain and suffering, inconvenience, frustration, and mental anguish.

164.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 are liable to Plaintiff Arogant Hollywood for actual and punitive damages given their negligence, recklessness, gross negligence, willfulness, and wantonness.

165.    Where a liability arises against both a master and his servant in favor of a party injured by the sole negligence of the latter while acting for the master, such injured party may sue either the servant, primarily liable, or the master, secondarily liable, or both, in separate actions, as a judgment in his favor against one, until satisfied, is no bar to an action against the other, the injured party being entitled to full satisfaction from either the master or servant or from both. *Losito v. Kruse*, 136 Ohio St. 183 (Ohio 1940) at p. 184.

166.    Under the doctrine of respondeat superior of the state of Ohio, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 are all liable to Plaintiff Arogant Hollywood for actual and punitive damages given their Wendy's managers, supervisors, employees, owners, co-owners, guests, visitors, and possibly others', infliction of damages upon Plaintiff Arogant Hollywood as aforesaid.

167.    Pursuant to Ohio State Law Plaintiff Arogant Hollywood hereby prays for and demands that the court award his compensatory damages, special damages, and general damages for all the above stated Defendants intentional acts of the Ohio Tort of negligence.

168.    **WHEREFORE**, Plaintiff Arogant Hollywood demands judgment against Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 on the fourth claim for relief of Plaintiff Hollywood's civil rights complaint in the amount that will justly compensate Arogant Hollywood for his damages, together with costs and attorneys' fees in this action.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986
–Page 43 of 68          *AROGANT HOLLYWOOD, todd a. penegor, et al*

**FIFTH CLAIM FOR RELIEF---NEGLIGENCE PER SE AS ALLEGED BY PLAINTIFF AROGANT HOLLYWOOD AS AGAINST DEFENDANTS TODD PENEGOR, GUNTHER PLOSCH, WENDY'S INTERNATIONAL, INC., WENDY'S HOLDINGS, LLC, THE WENDY'S COMPANY, WENDY'S INTERNATIONAL, LLC, WENDY'S RESTAURANTS, LLC. & DOES 1-10**

169.    Plaintiff Arogant Hollywood re-allege and incorporate by reference paragraphs 1-168.

170.    The concept of negligence per se allows the plaintiff to prove the first two prongs of the negligence test duty and breach of duty, by merely showing that the defendant committed or omitted a specific act prohibited or required by statute, no other facts are relevant. *Lang v. Holly Hill Motel*, 122 Ohio St. 3d 120 (Ohio 2009) at p. 124.

171.    The application of negligence per se effectively reduces the elements that a plaintiff must prove in a negligence action. *Chambers v. St. Mary's School*, 82 Ohio St. 3d 563 (Ohio 1998) at p. 566 quoting *Hernandez v. Martin Chevrolet, Inc.* (1995), 72 Ohio St.3d 302, 304, 649 N.E.2d 1215, 1216 at p. 304

172.    As alleged herein, between September 18, 2021, until January 5, 2022, Plaintiff Hollywood was a customer/patron at Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's Wendy's restaurant location located at 190 W. Foothill Blvd., Monrovia, CA. At that time Defendants were operating a Wendy's nationwide restaurant corporation location where Plaintiff Hollywood was intentionally discriminated against based upon his race and numerous physical, emotional, mental, and psychological disabilities.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 |42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964| 42 U.S.C. §§ 1983, 1985, & 1986
–Page 44 of 68                 *AROGANT HOLLYWOOD, todd a. penegor, et al*

173. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's negligent operation of their Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA, without otherwise adhering to the requirements of the law, constituted violations of 42 U.S.C. § 12201, 42 U.S.C. § 12203(b), 42 U.S.C. § 1985, 42 U.S.C. § 1986, Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.

174. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 gross negligence of failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his race, was negligent per se because Defendants' Wendy's location employees' actions violated Title II of the Civil Rights Act of 1964, 42 U.S.C. § 1985, and 42 U.S.C. § 1986.

175. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 gross negligence of failing to stop their Wendy's employees from discriminating against Plaintiff Arogant Hollywood based on his physical, psychological, emotional, and mental disability, was negligent per se because Defendants' Wendy's location employees' actions violated 42 U.S.C. § 12201, 42 U.S.C. § 12003(b), and Title III of the American Disabilities Act of 1990.

176. Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 gross negligence of Defendants condoning and approving the trespassing of Hollywood from the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016, was negligent per se because Defendants' Wendy's location employees' actions violated 42 U.S.C. § 12201, 42 U.S.C. § 12203(b), 42 U.S.C. § 1985, 42 U.S.C. § 1986, Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.

177.   Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 gross negligence of Defendants allowing their Wendy's employees to trespass Arogant Hollywood by employing the manpower of the violent city of Monrovia police department. was negligent per se because Defendants' Wendy's location employees' actions violated 42 U.S.C. § 12201, 42 U.S.C. § 12203(b), 42 U.S.C. § 1985, 42 U.S.C. § 1986, Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.

178.   Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 gross negligence of Defendants deliberately and intentionally failing to respond to Hollywood's emails in which Hollywood reported to all Defendants the racial and disability discrimination he experienced at the Wendy's restaurant location at 190 W. Foothill Blvd., Monrovia, CA 91016, was negligent per se because Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's actions violated 42 U.S.C. § 12201, 42 U.S.C. § 12203(b), 42 U.S.C. § 1985, 42 U.S.C. § 1986, Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.

179.   Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's deliberate and intentional interference with the protected rights of Plaintiff Arogant Hollywood was negligence per because Defendants' actions were in direct violation of 42 U.S.C. § 12201, 42 U.S.C. § 12203(b), 42 U.S.C. § 1985, 42 U.S.C. § 1986, Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.

180.   Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 deliberate and intentional discrimination of Arogant Hollywood was negligence per because their actions were

in direct violation of 42 U.S.C. § 12201, 42 U.S.C. § 12203(b), 42 U.S.C. § 1985,  42 U.S.C. § 1986, Title II of the Civil Rights Act of 1964, and Title III of the American Disabilities Act of 1990.

181.    The injuries suffered by Plaintiff Arogant Hollywood at the hands of Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 in this case was an occurrence of which the state statutes, federal statutes, federal laws and federal regulations were designed to prevent, and Plaintiff Hollywood is within the class of persons whom such statutes and regulations are intended to protect.

182.    As a direct and proximate result of Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's negligence per se, Plaintiff Hollywood has suffered numerous violations to his constitutional civil rights, and he is therefore hereby entitled to recover compensatory damages in an amount according to proof.

183.    As alleged herein, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's were guilty of oppression, fraud, and/or malice as defined in Ohio Revised Code § 2315.21, and Plaintiff Hollywood should recover, in addition to actual damages, exemplary and punitive damages to make example of and to punish Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10's, in an amount according to proof.

184.    Where a liability arises against both a master and his servant in favor of a party injured by the sole negligence of the latter while acting for the master, such injured party may sue either the servant, primarily liable, or the master, secondarily liable, or both, in separate actions, as a

1  judgment in his favor against one, until satisfied, is no bar to an action against the other, the

2  injured party being entitled to full satisfaction from either the master or servant or from both.

3  *Losito v. Kruse*, 136 Ohio St. 183 (Ohio 1940) at p. 184.

4

5  185.    Under the doctrine of respondeat superior of the state of Ohio, Defendants Todd Penegor,

6  Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC,

7  Wendy's Restaurants Inc., & DOES 1-10 are all liable to Plaintiff Arogant Hollywood for actual

8  and punitive damages given their Wendy's managers, supervisors, employees, owners, co-

9  owners, guests, visitors, and possibly others', infliction of damages upon Plaintiff Arogant

10  Hollywood as aforesaid.

11

12  186.    Pursuant to Ohio State Law Plaintiff Arogant Hollywood hereby prays for and demands

13  that the court award his compensatory damages, special damages, and general damages for all

14  the above stated Defendants intentional acts of the Ohio Tort of negligence.

15

16  187.    **WHEREFORE**, Plaintiff Arogant Hollywood demands judgment against Defendants

17  Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's

18  International LLC, Wendy's Restaurants Inc., & DOES 1-10 on the fifth claim for relief of

19  Plaintiff Hollywood's civil rights complaint in the amount that will justly compensate Arogant

20  Hollywood for his damages, together with costs and attorneys' fees in this action.

21

22  **SIXTH CLAIM FOR RELIEF--- GROSS NEGLIGENCE AS ALLEGED BY PLAINTIFF**

23  **AROGANT HOLLYWOOD AS AGAINST DEFENDANTS TODD PENEGOR,**

24  **GUNTHER PLOSCH, WENDY'S INTERNATIONAL, INC., WENDY'S HOLDINGS,**

25  **LLC, THE WENDY'S COMPANY, WENDY'S INTERNATIONAL, LLC, WENDY'S**

26  **RESTAURANTS, LLC. & DOES 1-10**

27

28  188.    Plaintiff Arogant Hollywood allege and incorporate by reference paragraphs 1-187.

Verified Civil Rights Complaint for General Damages, Compensatory Damages, Special Damages, Injunctive Relief, and Declaratory Relief for Violation of the American with Disabilities Act of 1990 [42 U.S.C. §§ 12101 12203(b), Civil Rights Act of 1964[ 42 U.S.C. §§ 1983, 1985, & 1986

–Page 48 of 68         *AROGANT HOLLYWOOD, todd a. penegor, et al*

189.    From September 18, 2021, until his unconstitutional trespass on January 5, 2022, Plaintiff Arogant Hollywood was a patron/customer at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. At that said time of trespass, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were the owners and operators of the Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. (a) Defendants owed a duty to all Wendy's restaurant customers to not negligently remove them from their premises.

190.    From September 18, 2021, until his unconstitutional trespass on January 5, 2022, Plaintiff Arogant Hollywood was a patron/customer at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. At that said time of trespass, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were the owners and operators of the Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. (a) Defendants owed a duty to all Wendy's restaurant customers to not negligently discriminate against them based on their race.

191.    From September 18, 2021, until his unconstitutional trespass on January 5, 2022, Plaintiff Arogant Hollywood was a patron/customer at Defendants' Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. At that said time of trespass, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were the owners and operators of the Wendy's restaurant located at 190 W. Foothill Blvd., Monrovia, CA. (a) Defendants owed a duty to all Wendy's restaurant customers to not negligently discriminate against them based on their physical, psychological, emotional, and mental disability.

192.    In choosing to operate a nationwide commercial fast food restaurant corporation open to the public, Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 undertook

1  the duty to exercise reasonable care to operate and maintain the safety of the public who used
2  their services and encountered their employees, franchise owners, managers, supervisors, and
3  1099 contractors.
4
5  193.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
6  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 operated and
7  supervised United States, California business functions of all U.S.A. Wendy's restaurant
8  locations; AND (c) otherwise was legally responsible for the activities and business functions of
9  the Wendy's restaurant location located at 190 W. Foothill Blvd., Monrovia, CA and the safety
10  and well-being of all United States citizens, including their customers, employees, and any
11  person that may encounter any of their employees. Defendants owed a duty to Plaintiff Arogant
12  Hollywood to conduct all Wendy's corporate business functions, operations, and activities with
13  reasonable care.
14
15  194.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
16  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were grossly
17  negligent by intentionally discriminated against Plaintiff Arogant Hollywood.
18
19  195.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
20  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were grossly
21  negligent by failing to stop their Wendy's employees from discriminating against Plaintiff
22  Arogant Hollywood based on his race.
23
24  196.    Defendants Todd Penegor, Gunther Plosch, Wendy's Holdings, LLC, Wendy's Company
25  Inc., Wendy's International LLC, Wendy's Restaurants Inc., & DOES 1-10 were grossly
26  negligent by failing to stop their Wendy's employees from discriminating against Plaintiff
27  Arogant Hollywood based on Defendants failing to stop their Wendy's employees from
28