# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Arogant Hollywood )<br>*Plaintiff* )<br>v. )<br>Todd A. Penegor, et al. )<br>*Defendant* ) | Civil Action No. 2:22-cv-102 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered pursuant to the Opinion and Order issued on August 26, 2022.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 8/26/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy*